IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMARCO BROWN,<br><br>       Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>       Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-CV-00168-TWT-GGB |

## **FINAL REPORT AND RECOMMENDATION**

This social security case is before the Court on the Commissioner's Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g). (Doc. 8). The Commissioner states that further administrative proceedings are needed because of a procedural defect. Specifically, it appears that Plaintiff's file erroneously includes evidence concerning another person. Because the Commissioner has demonstrated good cause, and because Plaintiff does not oppose the request for a remand, I **RECOMMEND** that the Commissioner's motion be **GRANTED** and that this action be **REMANDED** to the Commissioner for further proceedings.

IT IS SO RECOMMENDED this 7th day of May, 2013.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE