IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMARCO BROWN,

    Plaintiff,

      v.

MICHAEL ASTRUE
Commissioner of Social Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-168-TWT

## ORDER

This is an action seeking Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending remanding the action to the Commissioner. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 5 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Brown\13cv168\r&r.wpd